# United States Court of Appeals
### For the Eighth Circuit

_____

No. 23-2890

_____

Michael Lindsey, as husband and wife; Marquesa Lindsey, as husband and wife

*Plaintiffs - Appellants*

v.

Oaklawn Jockey Club, Inc.; John Doe

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Arkansas

_____

Submitted: March 26, 2024
Filed: April 4, 2024
[Unpublished]

_____

Before SMITH, GRUENDER, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Michael and Marquesa Lindsey appeal the district court's[1] denial of their
motion to voluntarily dismiss their action without prejudice. After careful review of

---

[1]The Honorable Susan O. Hickey, Chief Judge, United States District Court for
the Western District of Arkansas.

the record and the parties' arguments on appeal, we conclude the district court did not abuse its discretion in denying the Lindseys' motion. *See Hamm v. Rhone-Poulenc Rorer Pharms., Inc.*, 187 F.3d 941, 950 (8th Cir. 1999) (reviewing denial of motion to voluntarily dismiss for abuse of discretion). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____